**Order entered November 23, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00766-CV

**IN THE MATTER OF THE MARRIAGE OF APRIL S. MILLER
AND JAMES L. MILLER, IV**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-53475-2018**

### ORDER

Before the Court is appellee's November 18, 2022 motion for an extension of time to file his brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on October 25, 2022 filed as of the date of this order.

/s/    KEN MOLBERG
       JUSTICE